**DISMISSED; Opinion Filed May 1, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00207-CV**

**HANG H. LAI, Appellant**
**V.**
**TYRONE CASSELL AND FUN TOWN RV DALLAS, LP, Appellees**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-18-1539**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Carlyle
Opinion by Justice Carlyle

Before the Court is appellant's April 24, 2019 motion to withdraw the appeal. We grant

the motion and dismiss this appeal.

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

190207F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

HANG H. LAI, Appellant

No. 05-19-00207-CV      V.

TYRONE CASSELL AND FUN TOWN
RV DALLAS, LP, Appellees

On Appeal from the 439th Judicial District
Court, Rockwall County, Texas
Trial Court Cause No. 1-18-1539.
Opinion delivered by Justice Carlyle,
Justices Myers and Molberg participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees TYRONE CASSELL AND FUN TOWN RV DALLAS, LP recover their costs, if any, of this appeal from appellant HANG H. LAI.

Judgment entered this 1st day of May, 2019.